NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3152

KYAW SOE,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF3443090014-I-1.

ON MOTION

## O R D E R

The United States Postal Service moves to reform the official caption to designate the Merit Systems Protection Board as the respondent. The USPS also moves to stay the briefing schedule, pending disposition of the motion to reform the caption.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. In this case, the Board dismissed the appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to reform the caption is granted. The revised official caption is reflected above.

(2)    The motion to stay the briefing schedule is granted to the extent that the Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

MAY 2 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Kyaw Soe
Jeffrey D. Klingman, Esq.
Stephanie M. Conley, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 6 2009

JAN HORBALY
CLERK